**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:   (925) 215-7733
Facsimile:    (925) 455-2486
sanjay.schmidt@gmail.com

Attorney for Plaintiff Rosa Letona

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ROSA LETONA,<br><br>            Plaintiff,<br>     vs.<br><br>CITY OF MODESTO, a municipal corporation, MODESTO POLICE OFFICERS Brian Ferguson, Individually, Benjamin Kroutil, Individually, Jonathan Griffith, Individually, and Ben Brandvold, Individually, MODESTO POLICE SGT. Daniel Key, in his individual and official capacities, DIGITALDOG AUTO RECOVERY, a California Repossession Agency, and DOES 1 THROUGH 30, Jointly and Severally,<br><br>            Defendants. | Case No.  1:12-cv-00782-AWI-DLB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE** |

   Having considered Plaintiff's Application, requesting an order vacating and re-setting the Initial Scheduling Conference, and good cause appearing therefor,

   IT IS HEREBY ORDERED that the Application is granted.  The Initial Scheduling Conference, set for August 23, 2012, is vacated.  The Scheduling Conference is re-set to November 19, 2012, at 9:00 am, in Courtroom #9.

1
ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE:  CASE NO. 1:12-CV-00782-AWI-DLB

1 | IT IS SO ORDERED.

2 | Dated: **July 20, 2012**  /s/ *Dennis L. Beck*
3 | UNITED STATES MAGISTRATE JUDGE

2
ORDER GRANTING PLAINTIFF'S APPLICATION TO VACATE AND RE-SET INITIAL SCHEDULING
CONFERENCE: CASE NO. 1:12-CV-00782-AWI-DLB