1  **SANJAY S. SCHMIDT (State Bar No. 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1686 Second St., Suite 219
3  Livermore, California 94550
   Ofc. Phone:    (925) 215-7733
4  Facsimile:      (925) 455-2486
   sanjay.schmidt@gmail.com
5
   Attorney for Plaintiff Rosa Letona
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

10 | **ROSA LETONA**,              | ) | Case No. 1:12-cv-00782-AWI-DLB |
11 |            Plaintiff,          | ) | **ORDER GRANTING**
   |     vs.                        | ) | **PLAINTIFF'S APPLICATION TO**
12 |                                | ) | **VACATE AND RE-SET INITIAL**
   | **CITY OF MODESTO, a municipal | ) | **SCHEDULING CONFERENCE**
13 | corporation, MODESTO POLICE    | ) |
   | OFFICERS Brian Ferguson, Individually,
14 | Benjamin Kroutil, Individually, Jonathan
15 | Griffith, Individually, and Ben Brandvold,
   | Individually, MODESTO POLICE SGT.
16 | Daniel Key, in his individual and official
   | capacities, DIGITALDOG AUTO
17 | RECOVERY, a California Repossession
18 | Agency, and DOES 1 THROUGH 30,
   | Jointly and Severally,
19 |
   |            Defendants.
20 |

21

22     Having considered Plaintiff's Application, requesting an order extending the time for

23 service to be effected on Defendants and vacating and re-setting the Initial Scheduling

24 Conference, and good cause appearing therefor,

25     IT IS HEREBY ORDERED that the Application is granted.  The time for service to be

26 effected is extended to **October 9, 2012** and the Initial Scheduling Conference, set for November

27 19, 2012, is vacated.  The Scheduling Conference is re-set to December 18, 2012, at 9:00 am.

28                                               1
   ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND TIME FOR SERVICE AND VACATE AND
   RE-SET INITIAL SCHEDULING CONFERENCE:  CASE NO. 1:12-CV-00782-AWI-DLB

IT IS SO ORDERED.

Dated: **September 5, 2012**          /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE