1  **SANJAY S. SCHMIDT (State Bar No. 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1686 Second St., Suite 219
3  Livermore, California 94550
   Ofc. Phone:    (925) 215-7733
4  Facsimile:     (925) 455-2486
   sanjay.schmidt@gmail.com
5
   Attorney for Plaintiff Rosa Letona
6

7

8                    UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA - FRESNO

10 **ROSA LETONA**,                          )   Case No.  1:12-cv-00782-AWI-DLB
                                             )
11             Plaintiff,                    )   **ORDER GRANTING**
         vs.                                 )   **PLAINTIFF'S SUPPLEMENTAL**
12                                           )   **APPLICATION TO EXTEND TIME**
   **CITY OF MODESTO, a municipal**          )   **FOR SERVICE OF COMPLAINT AND**
13 **corporation, MODESTO POLICE**           )   **RE-SET INITIAL SCHEDULING**
   **OFFICERS Brian Ferguson, Individually,**)  **CONFERENCE**
14 **Benjamin Kroutil, Individually, Jonathan**)
   **Griffith, Individually, and Ben Brandvold,**)
15 **Individually, MODESTO POLICE SGT.**    )
   **Daniel Key, in his individual and official**)
16 **capacities, DIGITALDOG AUTO**          )
   **RECOVERY, a California Repossession**  )
17 **Agency, and DOES 1 THROUGH 30,**       )
   **Jointly and Severally,**                )
18                                           )
                                             )
19             Defendants.                   )
                                             )
20                                           )

21

22       Having considered Plaintiff's Application, requesting an order extending the time for

23 service to be effected on Defendants and vacating and re-setting the Initial Scheduling

24 Conference, and good cause appearing therefor,

25       IT IS HEREBY ORDERED that the Application is granted.  The time for service to be

26 effected is extended to **November 13, 2012** and the Initial Scheduling Conference, set for

27 December 18, 2012, is vacated.  The Scheduling Conference is re-set to January 29, 2013, at

28                                         1
   ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND TIME FOR SERVICE AND VACATE AND
   RE-SET INITIAL SCHEDULING CONFERENCE:  CASE NO. 1:12-CV-00782-AWI-DLB

1  9:00, in Courtroom #9.

2

3  IT IS SO ORDERED.

4     Dated:   **October 9, 2012**                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE
5

2

ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND TIME FOR SERVICE AND VACATE AND
RE-SET INITIAL SCHEDULING CONFERENCE:  CASE NO. 1:12-CV-00782-AWI-DLB