SANJAY SCHMIDT, ESQ. SB#247475
Law Offices of Sanjay S. Schmidt
1686 Second Street, Suite 219
Livermore, CA 94550
Telephone: (925) 215-7733
Facsimile: (925) 455-2486
Attorneys for Plaintiff

SUSANA ALCALA WOOD, City Attorney, SB#156366
JAMES F. WILSON, Senior Deputy City Attorney, SB #107289
City of Modesto
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants CITY OF MODESTO,
Officer BRIAN FERGUSON, Officer BENJAMIN KROUTIL,
Officer JONATHAN GRIFFITH, Officer BEN BRANDVOLD and
Sergeant DANIEL KEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ROSA LETONA, NATALIE LETONA, and ROSEMARY BANUELOS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO, A Municipal Corporation, Modesto Police Officers BRIAN FERGUSON, Individually, BENJAMIN KROUTIL, Individually, JONATHAN GRIFFITH, Individually, Modesto Police Sgt. DANIEL KEY, in his individual and official capacities, and DOES 1-30, Jointly and Severally<br><br>Defendants. | No. 1:12-CV-00782-AWI-DLB<br><br>**STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT** |

**STIPULATION**

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate that, subject to the approval of the court, the time within which the defendants must file

-1-

an answer to plaintiff's complaint, now set for December 4, 2012, may be extended to December 14, 2012.

The parties seek this extension of time in order to avoid potentially unnecessary filings with the court, in light of the advanced stage of ongoing settlement discussions between the parties and the fact that the parties believe that the settlement of the action is imminent.

An extension of time to answer until December 14, 2012 would not disturb the currently set date for the scheduling conference in the action, which is now set for January 29, 2012. There are currently no other dates pending in the action.

Should the case settle as anticipated, the parties will promptly notify the court of that fact and seek an order removing the scheduling conference from the court's calendar.

**IT IS SO STIPULATED.**

Dated: November 30, 2012                    Respectfully submitted,

                                            LAW OFFICES OF SANJAY S. SCHMIDT


                                            By: _____
                                                SANJAY S. SCHMIDT, Esq.
                                                Attorney for Plaintiff

Date: November 30, 2012                     Respectfully submitted,

                                            SUSANA ALCALA WOOD
                                            City Attorney


                                            By: _____
                                                JAMES F. WILSON
                                                Senior Deputy City Attorney
                                                Attorneys for Defendants

IT IS SO ORDERED.

Dated:   December 4, 2012                   /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE