SANJAY S. SCHMIDT (State Bar No. 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:   (925) 215-7733
Facsimile:    (925) 455-2486
sanjay.schmidt@gmail.com
Attorneys for Plaintiffs

SUSANA ALCALA WOOD, City Attorney, SB#156366
JAMES F. WILSON, Senior Deputy City Attorney, SB#107289
City of Modesto
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353
Telephone:  (209) 577-5284
Facsimile:  (209) 544-8260

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ROSA LETONA, NATALIE LETONA, and ROSEMARY BANUELOS, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF MODESTO, a municipal corporation, MODESTO POLICE OFFICERS Brian Ferguson, Individually, Benjamin Kroutil, Individually, Jonathan Griffith, Individually, and Ben Brandvold, Individually, MODESTO POLICE SGT. Daniel Key, in his individual and official capacities, DIGITALDOG AUTO RECOVERY, a California Repossession Agency, and DOES 1 THROUGH 30, Jointly and Severally, <br><br> Defendants. | Case No. 1:12-cv-00782-AWI-DLB <br><br> ORDER GRANTING PARTIES' JOINT STIPULATION AND REQUEST FOR COURT ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT AND JOINT REQUEST TO VACATE AND RE-SET INITIAL SCHEDULING CONFERENCE |

Having considered the parties' Joint Stipulation and Application, requesting an order

extending the time within which Defendants must file their Answer and vacating and re-setting

the Initial Scheduling Conference, and good cause appearing therefor,

     IT IS HEREBY ORDERED that the Application is granted.  The deadline for Defendants to file their Answer is extended to **February 1, 2013** and the Initial Scheduling Conference, set for January 29, 2013, is vacated.  The Scheduling Conference is re-set to April 2, 2013, at 9:00am, in Courtroom # 9.

IT IS SO ORDERED.

Dated:    **January 8, 2013**                    /s/ **Stanley A. Boone**
                                                                     UNITED STATES MAGISTRATE JUDGE