**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:    (925) 215-7733
Facsimile:      (925) 455-2486
sanjay.schmidt@gmail.com

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| **ROSA LETONA**, **NATALIE LETONA, and**  **ROSEMARY BANUELOS,** <br><br> Plaintiffs, <br><br> vs. <br><br> **CITY OF MODESTO, a municipal corporation, MODESTO POLICE OFFICERS Brian Ferguson, Individually, Benjamin Kroutil, Individually, Jonathan Griffith, Individually, and Ben Brandvold, Individually, MODESTO POLICE SGT. Daniel Key, in his individual and official capacities, and DOES 1 THROUGH 30, Jointly and Severally,** <br><br> Defendants. | Case No.  1:12-cv-00782-AWI-DLB <br><br> **NOTICE OF SETTLEMENT** |

TO THE HONORABLE DISTRICT COURT:

Please take notice that, following extensive settlement negotiations conducted by the undersigned counsel for the Plaintiffs and a Senior Deputy City Attorney for the City of Modesto, which representative was acting on behalf of all named Defendants, this action has

**NOTICE OF SETTLEMENT: Case No.  1:12-cv-00782-AWI-DLB**                    1

been settled.  A deadline for payment of the consideration to Plaintiffs for the settlement of this matter has not yet been set, however.

The Complaint has been served; however, pursuant to the previous stipulation of the parties and Court order, Defendants have not filed an Answer.  In view of the global settlement of this action, the need for an Answer to be filed appears to now have been obviated; however, if any conditions of the settlement are breached or the to-be-determined deadline for payment of the consideration lapses, Plaintiffs reserve the right to request from the Court a new deadline for Defendants to file an Answer and for all other procedures to be initiated for the litigation to re-commence.

In view of the settlement of this matter, it is respectfully requested that the Initial Scheduling Conference, currently set for April 2, 2013, at 9:00 a.m., in Courtroom # 9, be vacated.

Settlement documents are being finalized and circulated for signature.  However, there are required forms that must be processed by the City before the City can process settlement drafts.  This process may take several weeks.  The parties anticipate that a stipulation of dismissal will be filed once the settlement documents are finalized and the consideration for settlement has been received.  The parties appreciate the Court's patience in continuing to stay this case over the past several months while they negotiated a settlement.

Dated: February 6, 2013                   Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**

/s/ Sanjay S. Schmidt
SANJAY S. SCHMIDT
Attorney for Plaintiffs
ROSA LETONA, NATALIE LETONA,
and ROSEMARY BANUELOS

**NOTICE OF SETTLEMENT: Case No.  1:12-cv-00782-AWI-DLB**                   2