**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:  (925) 215-7733
Facsimile:   (925) 455-2486
sanjay.schmidt@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ROSA LETONA, NATALIE LETONA, and ROSEMARY BANUELOS,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>CITY OF MODESTO, a municipal corporation, MODESTO POLICE OFFICERS Brian Ferguson, Individually, Benjamin Kroutil, Individually, Jonathan Griffith, Individually, and Ben Brandvold, Individually, MODESTO POLICE SGT. Daniel Key, in his individual and official capacities, and DOES 1 THROUGH 30, Jointly and Severally,<br><br>　　　　　Defendants. | Case No.  1:12-cv-00782-AWI-SAB<br><br>**REQUEST FOR DISMISSAL IN VIEW OF SETTLEMENT; PROPOSED ORDER** |

TO THE HONORABLE DISTRICT COURT:

Please take notice that, the settlement of this matter has been finalized and the consideration has been received.

In view of the final settlement of this matter, Plaintiffs respectfully move for the dismissal of this action in its entirety.

REQUEST FOR DISMISSAL & PROPOSED ORDER:  No.  1:12-cv-00782-AWI-SAB          1

Dated: June 10, 2013					Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**

/s/ Sanjay S. Schmidt
SANJAY S. SCHMIDT
Attorney for Plaintiffs
ROSA LETONA, NATALIE LETONA,
and ROSEMARY BANUELOS

## ORDER

Having considered the foregoing request, and good cause appearing therefor,

**REQUEST FOR DISMISSAL & PROPOSED ORDER:   No.  1:12-cv-00782-AWI-SAB**          2

Plaintiffs' Request for Dismissal In View of Settlement is hereby GRANTED and, accordingly, IT IS HEREBY ORDERED that this action be dismissed in its entirety.

IT IS SO ORDERED.

Dated:   June 11, 2013                       _____
                                             SENIOR  DISTRICT  JUDGE